IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OSSIE TRADER : CIVIL ACTION
:
v. :
:
COMMONWEALTH OF PENNSYLVANIA, :
et al. : NO. 10-cv-1656-JF

ORDER

AND NOW, this 25th day of August 2010, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and the petitioner's objections thereto, IT IS ORDERED THAT:

1. The Report and Recommendation is ADOPTED AND APPROVED.

2. The petitioner's objections are OVERRULED.

3. The petition for a writ of habeas corpus is DENIED.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.