IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


OSSIE TRADER                    :          CIVIL ACTION
                                :
          v.                    :
                                :
COMMONWEALTH OF PENNSYLVANIA,    :          NO. 10-cv-1656-JF
et al.                          :

ORDER

AND NOW, this 30th day of September 2010, upon

consideration of the Petitioner's Motion Pursuant to Rule 59(e)

of the Federal Rules of Civil Procedure to Alter or Amend

Judgment, IT IS ORDERED:

That the Petitioner's motion is DENIED.



BY THE COURT:


 /s/ John P. Fullam
John P. Fullam, Sr. J.